**IT IS SO ORDERED.**

*s/Pamela A. Barker*

**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RAKSHATHA BONDILI SINGH<br><br>PLAINTIFF,<br><br>v.<br><br>MARKWAYNE MULLIN, et al,<br><br>DEFENDANTS. | Civil Action No. 1:26-CV-01134 |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiff, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby enter this Voluntary Dismissal of this action Without Prejudice as to all parties and all claims.  All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted,

By: /s/ Kemal Hepsen

Kemal Hepsen, Esq.
Hepsen Law Firm, PLLC
7300 State Hwy 121, Ste 300
McKinney, TX 75070
kemal@hepsenlaw.com
(516) 808-7684

1